PETER J. HIRSIG (State Bar No. 197993)
WILLIAM L. MCCASLIN (State Bar No. 249976)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile: (707) 427-0268

Attorneys for
CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION

FILED
OCT 14 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY AMARO, <br><br> Defendant. | Case No. S-07-248 WBS <br><br> **PROTECTIVE ORDER** |

GOOD CAUSE APPEARING, THE COURT ORDERS

That any and all records that this Court orders produced by California Department of Corrections in the above-entitled matter are to be used only for the purpose of the subject litigation, and are to be viewed only by attorneys for the parties to this matter and/or the judge assigned to this case. It is further ordered that the subject records are not to be disseminated to any person or entity, including any party to the case, other than to the attorneys for the parties to this case and the presiding judge.

DATED: 10/14/2010

_William ~~L~~ Shubb_
JUDGE OF THE ~~SUPERIOR~~ COURT