MICHAEL B. BIGELOW  SBN 65211
Attorney at Law
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Earnest Paul Killinger

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                ) CR S-07-248 WBS
            Plaintiff,          )
                                ) STIPULATION AND ORDER (PROPOSED)
         v.                     ) RESETTING SENTENCING (AMENDED)
                                )
ERNEST PAUL KILLINGER,          ) DATE: April 4, 2011
LARRY SIXTO AMARO               ) TIME: 8:30 AM
JASON STEWART-HANSON            ) CTRM: WBS
GERARDO LOPEZ MORA              )
                                )
            DefendantS.         )
_____)
```

The United States of America, through counsel of record, Assistant United States Attorney Jason Hitt, and the above named defendants, by an through their respective counsel of record, hereby submit this stipulation and proposed order rescheduling the sentencing date as to defendants ERNEST PAUL KILLINGER, LARRY SIXTO AMARO, JASON STEWART-HANSON and GERARDO LOPEZ MORA to April 4, 2011 at 8:30 a.m.

                                                Respectfully submitted,

DATED: January 28, 2011        /s/ Michael Bigelow
                               MICHAEL B. BIGELOW
                               Attorney for Defendant Killinger

-1-

**IT IS SO STIPULATED**

DATED: January 28, 2011          /s/ Michael Bigelow
                                 MICHAEL B. BIGELOW
                                 Attorney for
                                 Defendant Killinger

DATED: January 28, 2011          /s/ Pete Kmeto
                                 PETE KMETO
                                 Attorney for
                                 Defendant Amaro

DATED: January 28, 2011          /s/ Scott Tedmon
                                 SCOTT TEDMON
                                 Attorney for
                                 Defendant Hanson

DATED: January 28, 2011          /s/ Hayes Gable
                                 HAYES GABLE
                                 Attorney for
                                 Defendant Mora

DATED: January 28, 2011          /s/ Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney

**ORDER**

For good cause shown:

**IT IS SO ORDERED.**

DATED: _January 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-