LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
JASON STEWART-HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MARIO DIAZ, JR., et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Cr. No. S-07-248 WBS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING JUDGMENT AND SENTENCING FOR DEFENDANTS LARRY SIXTO AMARO, GERARDO LOPEZ MORA, ERNEST PAUL KILLINGER, AND JASON STEWART-HANSON <br><br> DATE:   April 4, 2011 <br> TIME:    8:30 a.m. <br> JUDGE:  Honorable William B. Shubb |

The United States of America, through Assistant U.S. Attorney Jason Hitt; defendant Larry Sixto Amaro, through his counsel Peter Kmeto; defendant Gerardo Lopez Mora, through his counsel Hayes Gable III; defendant Ernest Paul Killinger, through his counsel Michael Bigelow; and defendant Jason Stewart-Hanson, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. The judgment and sentencing hearing for defendants Larry Sixto Amaro, Gerardo Lopez Mora, Ernest Paul Killinger, and Jason Stewart-Hanson is currently set for Monday, April 4, 2011 at 8:30 a.m.

2. Counsel for defendants Larry Sixto Amaro, Gerardo Lopez Mora, Ernest Paul Killinger, and Jason Stewart-Hanson need additional time to develop issues related to sentencing.

1   3. Defense counsel has advised the government that additional time is needed to develop
2   issues related to sentencing.  After considering the matter, the government has no objection to
3   continuing the sentencing date to May 2, 2011.  However, the government will object to any further
4   requested continuance of the sentencing hearing for defendants Larry Sixto Amaro, Gerardo Lopez
5   Mora, Ernest Paul Killinger, and Jason Stewart-Hanson.

6   4.  Accordingly, it is hereby stipulated and the parties agree that the sentencing hearing
7   currently set for April 4, 2011 be vacated.  It is further stipulated and the parties agree that the
8   sentencing hearing be set for Monday, May 2, 2011 at 8:30 a.m.

9   5. Karen Kirksey Smith has approved the requested court date.

10  6. Scott L. Tedmon has been authorized by the all counsel to sign this stipulation on their
11  behalf.

**IT IS SO STIPULATED.**

DATED: March 31, 2011     BENJAMIN B. WAGNER
                          United States Attorney

                           /s/ Jason Hitt
                          JASON HITT
                          Assistant United States Attorney

DATED: March 31, 2011     LAW OFFICES OF PETER KMETO

                           /s/ Peter Kmeto
                          PETER KMETO
                          Attorney for Defendant Larry Sixto Amaro

DATED: March 31, 2011     LAW OFFICES OF HAYES GABLE III

                           /s/ Hayes Gable III
                          HAYES GABLE III
                          Attorney for Gerardo Lopez Mora

DATED: March 31, 2011     LAW OFFICES OF MICHAEL BIGELOW

                           /s/ Michael Bigelow
                          MICHAEL BIGELOW
                          Attorney for Ernest Paul Killinger

DATED: March 31, 2011     LAW OFFICES OF SCOTT L. TEDMON

                           /s/ Scott L. Tedmon
                          SCOTT L. TEDMON
                          Attorney for Jason Stewart-Hanson

1 **ORDER**

2     GOOD CAUSE APPEARING and based upon the above stipulation,

3     IT IS ORDERED that the judgment and sentencing date of Monday, April 4, 2011 is hereby
4 VACATED as to defendants Larry Sixto Amaro, Gerardo Lopez Mora, Ernest Paul Killinger, and
5 Jason Stewart-Hanson.

6     IT IS FURTHER ORDERED that the judgment and sentencing for defendants Larry Sixto
7 Amaro, Gerardo Lopez Mora, Ernest Paul Killinger, and Jason Stewart-Hanson is set for Monday,
8 May 2, 2011 at 8:30 a.m.

9     **IT IS SO ORDERED.**

11 DATED:  March 31, 2011

13 _____
    WILLIAM B. SHUBB
14     UNITED STATES DISTRICT JUDGE