UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LARRY SIXTO AMARO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CIV. NO.   2:16-1180 WBS<br>CR.  NO.   2:07-0248-02 WBS<br><br>ORDER |

----oo0oo----

On May 31, 2016, petitioner Larry Sixto Amaro filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motion no later than July 1, 2016.  Petitioner may then file a reply no later than July 20, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings

1

1  are necessary.
2          IT IS SO ORDERED.
3  Dated:  June 6, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE